Israel Padilla CASTORENA, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 04–73046.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.[*]

Filed March 24, 2008.

Robert G. Berke, Shan D. Potts, Berke Law Office, Los Angeles, CA, for Petitioner.

District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Frank A. Wilson, Esq., Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Respondent.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM [**]

Israel Padilla Castorena, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals ("BIA") order summarily affirming an immigration judge's ("IJ") order denying Padilla Castorena voluntary departure. We dismiss the petition for review.

Padilla Castorena's sole contention before this court is that the IJ improperly denied him voluntary departure for lack of good moral character. We lack jurisdiction to review this contention because Padilla Castorena failed to raise it before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (explaining exhaustion of administrative remedies is jurisdictional).

**PETITION FOR REVIEW DISMISSED.**